Kurt CHADWELL, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent,

and

Office of Personnel Management,
Intervenor.

No. 2011–3174.

United States Court of Appeals,
Federal Circuit.

March 7, 2012.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Chris De LEON, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2012–3084.

United States Court of Appeals,
Federal Circuit.

March 13, 2012.

Chris De Leon, San Antonio, TX, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.